UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARIO TAYLOR,

      Defendant.

_____/

Case No. 05-80031

District Judge John Corbett O'Meara
Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court are Defendants' motions to reveal identity of informants and contents of deals [Docket #99], for disclosure of impeaching information [Docket #101] and for discovery of expert witness testimony [Docket #100].[1] At oral argument on August 17, 2005, the government stated that it would disclose the requested information to the Defendants. Accordingly,

IT IS ORDERED that Defendants' motions [Docket #s 99, 100 and 101] are GRANTED.

---

[1] The motions were originally filed by Defendant Mario Taylor. Notices of intent to join in the motions were filed by Defendants Antonio Taylor [Docket #108], Alvin A. Walker [Docket #111], Terrence Smith [Docket #112], Leon Roberts [Docket #122] and David Reynolds [Docket #123]. This Order applies to these other Defendants.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated:  August 18, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 18, 2005.

        S/Gina Wilson
        Case Manager