UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 05-80031

v.                                           District Judge John Corbett O'Meara
                                              Magistrate Judge R. Steven Whalen

MARIO TAYLOR,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR DISCOVERY**

      Before the Court is Defendant Mario Taylor's Motion for Discovery as to Aggravating Sentencing Factors [Docket #102]. At oral argument of August 17, 2005, the government did not substantively contest the motion, but there was a question as to whether the death penalty would actually be sought, and hence whether the motion was moot. Nevertheless, the status of the case not having changed at this point,

      IT IS ORDERED that Defendant's Motion for Discovery as to Aggravating Sentencing Factors [Docket #102] is GRANTED.

                                               S/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2005

                                        CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 28, 2005.

                                        S/Gina Wilson
                                        Judicial Assistant